UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Northern   DIVISION

No. 2:09-CR-21-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| DELORIS JEAN BAINES | ) | |

On June 15, 2010, this Court issued a warrant for the arrest of Defendant Deloris Jean Baines based upon a motion for revocation submitted by the United States Probation Office for the Eastern District of North Carolina. Upon her initial appearance on the revocation matter, the Defendant was committed by Order of the Court to the Bureau of Prisons for a thirty-day mental health evaluation pursuant to 18 U.S.C. § 4241. According to the August 6, 2010, forensic report, Ms. Baines is currently suffering from a mental disease or defect that would interfere with her competency to stand trial. The forensic examiner recommended that the Defendant be remanded to the federal medical center in order to attempt to restore her competency.

On October 27, 2010, the parties appeared before the Court. Both parties agreed that based upon the forensic report, the Defendant is currently not competent to understand the nature of the proceedings or to assist in her defense. The United States requested that pursuant to 18 U.S.C. § 4241(d), the Court remand the Defendant to a federal medical center for a period of four

months in order to attempt to restore her competency. The Defendant, through counsel, joined in the request.

Based upon the recommendations of the August 6, 2010, forensic report, and upon motion of the United States, the Court hereby orders that the Defendant be committed to a federal medical center for a term not to exceed four (4) months to determine whether there is substantial probability that in the foreseeable future the Defendant will attain the capacity to permit the proceedings to go forward.

SO ORDERED THIS ___2___ day of _November_, 2010.

_____
HONORABLE TERRENCE W. BOYLE
United States District Court Judge