UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2-09-CR-21-BO

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| DELORIS JEAN BAINES | |

This matter is before the Court on the unopposed Motion to Terminate Supervised Release filed by the defendant. For good cause shown, the motion is GRANTED. The period of supervised release imposed on the defendant, Deloris Jean Baines, is terminated.

So ORDERED this __17__ day of June 2012

TERRENCE W. BOYLE
United States District Judge